1022

[No. 45953-8-I. Division One. May 21, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. BRANDON LEE WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-8-06806-0, Julie Spector, J., entered January 3, 2000. *Dismissed* by unpublished per curiam opinion.

[No. 46069-2-I. Division One. May 21, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY ISHENGOMA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-05687-2, Ronald Kessler, J., entered January 21, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 46098-6-I. Division One. May 21, 2001.]

DAVID P. LAUE, *Appellant*, v. ESTATE OF KEITH A. ELDER, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 95-2-00151-1, David F. Hulbert, J., entered December 15, 1999. *Affirmed in part* and *remanded* by unpublished opinion per Becker, A.C.J., concurred in by Grosse and Baker, JJ. Now published at 106 Wn. App. 699.

[No. 46129-0-I. Division One. May 21, 2001.]

*In the Matter of the Marriage of* DONALD C. PRESLEY, *Appellant*, and MICHELLE L. PRESLEY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-3-01347-0, Robert J. Wesley, J. Pro Tem., entered January 28, 2000. *Affirmed* by unpublished per curiam opinion.